■ The People of the State of New York, Respondent, v William H. Bohannon, Appellant. [880 NYS2d 533]—Appeals by the defendant from three judgments of the County Court, Suffolk County (Hudson, J.), all rendered June 14, 2007, convicting

him of attempted robbery in the first degree under indictment No. 880-06, robbery in the second degree, grand larceny in the fourth degree, and petit larceny under indictment No. 1988-06, and robbery in the first degree and attempted robbery in the first degree under indictment No. 2304-06, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant's waiver of his right to appeal was valid (*see People v Ciatto*, 290 AD2d 560 [2002]), and precludes review of his challenge to the factual sufficiency of his plea allocutions (*see People v Nash*, 38 AD3d 684 [2007]; *People v Mydosh*, 27 AD3d 580 [2006]). Fisher, J.P., Dillon, Covello and Dickerson, JJ., concur.